IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JUSTIN C. PAUL**                                                                                       **PLAINTIFF**

**V.**                                              **CASE NO. 5:21-CV-5030**

**SHERIFF SHAWN HOLLOWAY,**
Benton County, Arkansas;
**LIEUTENANT TYLER ROSS;**
**LIEUTENANT WYATT BANTA;**
**CAPTAIN HAROLD GAGE;**
**OFFICER D. BIRDENSTEIN;**
**LIEUTENANT NADING; and**
**SERGEANT HOBLEMAN**                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on May 6, 2021, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute, failure to obey the orders of the Court, and failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 25th day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE